**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1183**

JAMES JOSEPH OWENS-EL,

           Plaintiff – Appellant,

      v.

STEVEN BRUNSON; MARY JO WILLIAMS; NATALIE VALLANDINGHAM;
PAUL R.A. HOWARD; JOYCE MCBRIDE; DAVID WANNAMAN; PATRICIA
VINES; ISAAC FULWOOD; ATTORNEY GENERAL ERIC HOLDER; U.S.
ATTORNEY ROD J. ROSENSTEIN,

           Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William D. Quarles, Jr., District
Judge.  (1:11-cv-00523-WDQ)

Submitted:  August 30, 2012      Decided:  September 5, 2012

Before WILKINSON, KING, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Joseph Owens-El, Appellant Pro Se.  Larry David Adams,
Assistant United States Attorney, Baltimore, Maryland, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Joseph Owens-El appeals the district court's order denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Owens-El v. Brunson, No. 1:11-cv-00523-WDQ (D. Md. Dec. 14, 2012).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Assuming that probation officers are law enforcement officers under the Federal Tort Claims Act (FTCA) and that the United States has waived its immunity with regard to certain of their intentional torts, see Ignacio v. United States, 674 F.3d 252, 253 (4th Cir. 2012), Owens-El's claims under the FTCA are subject to dismissal because he failed to exhaust his administrative remedies. See Ahmed v. United States, 30 F.3d 514, 516 (4th Cir. 1994).

2